IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TIFFANY HOPE JOHNSON,** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**U.S. SECURITY ASSOCIATES** )<br>**STAFFING, INC.,** *et al.*, )<br>)<br>    **Defendants.** ) | **CIVIL ACTION 17-0415-WS-B** |

**ORDER**

On this date, plaintiff and defendants U.S. Security Associates, Inc. and Daniel Cartee filed a Notice of Settlement (doc. 13) signed by their respective counsel. The Notice confirms that the signatory parties have reached an agreement to compromise and settle this matter in its entirety as to all defendants with prejudice. The Notice further indicates that the parties anticipate being able to file a stipulation of dismissal within 30 days, presumably after they prepare and finalize appropriate settlement documents in the interim.

In light of this development, it is **ORDERED** that this action be **DISMISSED** from the active docket of the Court, **with prejudice**, provided that any party may move to reinstate the action within **30 days** after the date of entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated in the interim.

No other order shall be forthcoming from the Court except upon application by any party for final judgment, as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party is to bear her, his or its own costs, unless otherwise agreed by the parties.

DONE and ORDERED this 24th day of October, 2017.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE